BRACE *et al.* v. VAN EPS.

(Opinion filed August 29, 1900.)

Appeal from circuit court, Minnehaha county. Hon. JOS-EPH W. JONES, Judge.

Action to settle adverse claims to realty. This case was first determined by this court in an opinion filed September 2, 1899, reported in 12 S. D. 191, 80 N. W. 197, in which opinion the judgment of the trial court in favor of the plaintiff was affirmed. A rehearing was subsequently granted. This opin-

ion is upon the rehearing.   The former  decision is adhered to.

   *Melvin Grigsby* and *Sioux K. Grigsby*, for appellant.

   *C. G. Hartley*, for respondents.

FULLER, P. J.   On this rehearing  nothing  is  presented which tends in the slightest degree to diminish  our confidence in the correctness of the former opinion, in which it is held that the instrument ·construed is  not a  testamentary  devise, but a deed absolute in form, which presumptively took  effect immediately upon delivery.   Brace v. Van Eps, 12 S. D. 191, 80 N. W. 197.   Adhering to such views and the  conclusion formerly reached, the judgment appealed from is affirmed.